EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In Re: <br><br> Integración de Salas de Verano | 2019 TSPR 92 <br><br> 202 DPR ____ |

Número del Caso:  ES-2019-01

Fecha: 10 de mayo de 2019

Materia: Resolución del Tribunal - Integración de Salas de Verano

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

INTEGRACIÓN DE SALAS DE VERANO          ES-2019-01

RESOLUCIÓN

En San Juan, Puerto Rico, a 10 de mayo de 2019.

De conformidad con la Regla 4(d) del Reglamento de este Tribunal, 4 LPRA Ap. XXI-B, culminada la sesión, se constituyen las siguientes salas para funcionar durante el receso de verano:

Del 1 de julio al 31 de julio de 2019:

    Hon. Maite D. Oronoz Rodríguez, Presidenta
    Hon. Anabelle Rodríguez Rodríguez
    Hon. Edgardo Rivera García

Del 1 de agosto al 31 de agosto de 2019:

    Hon. Rafael L. Martínez Torres, Presidente
    Hon. Mildred G. Pabón Charneco
    Hon. Roberto Feliberti Cintrón

Del 1 de septiembre al 30 de septiembre de 2019:

    Hon. Erick V. Kolthoff Caraballo, Presidente
    Hon. Luis F. Estrella Martínez
    Hon. Ángel Colón Pérez

De ser necesario sustituir a algún juez o jueza que no intervenga en algún asunto, se seguirá el procedimiento establecido en la Regla 4(b) del Reglamento del Tribunal Supremo.

El Tribunal continuará certificando Opiniones y Sentencias durante este periodo.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                                        José Ignacio Campos Pérez
                                    Secretario del Tribunal Supremo